IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
RICKY MACK MORRIS,          )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )      3:24cv650-MHT
                            )          (WO)
RUSSELL COUNTY SHERIFF      )
DEPARTMENT, et al.,         )
                            )
    Defendants.             )
```

## DISMISSAL ORDER

Upon consideration of plaintiff's "Motion for Dismissal of Class Action Suit, Certification, and Appointment of Counsel" (Doc. 10), it is ORDERED that:

(1) Plaintiff's motion is construed as a motion to withdraw his motions for class certification and appointment of counsel, and as a voluntary notice of dismissal of this lawsuit under Federal Rule of Civil Procedure 41(a)(1)(A)(i).*

---

* If the court has misunderstood plaintiff's intent regarding the dismissal of the entire case, plaintiff may file a motion for reconsideration.

(2) Plaintiff's motions for class certification and appointment of counsel (Doc. 3) are withdrawn.

(3) The recommendation of the United States Magistrate Judge (Doc. 9) is rejected as moot.

(4) This lawsuit is dismissed in its entirety, without prejudice.

This case is closed.

DONE, this the 27th day of November, 2024.

                            /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**